Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−18956−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lydia Parra
   aka Lydia G Parra
   386 Summer Ave.
   1st Floor
   Newark, NJ 07104

Social Security No.:
   xxx−xx−5466

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 28, 2019.

On 6/3/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                July 2, 2020
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 3, 2020
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-18956-VFP
Lydia Parra                                                     Chapter 13
          Debtor
## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 03, 2020
                             Form ID: 185          Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db            +Lydia Parra,   386 Summer Ave.,   1st Floor,   Newark, NJ 07104-2812
518326563      American First Finance,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
518221705     +Bank of America,   4909 Savarese Circle,   Fll-908-01-50,   Tampa, FL 33634-2413
518310795     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518221706     +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518221708     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: BP Oil / Citibank,   Attn: Bankruptcy,   Po Box 20363,
              Kansas City, MO 64195)
518280815      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518336837      FLAGSHIP CREDIT ACCEPTANCE,   P.O. Box 3807 COPPELL TX  75019
518221716     +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
518221720     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
518221722     +New Jersey Department of Community Affai,   101 South Broad Steet,   Suite 800,
              Trenton, NJ 08608-2401
518221723     +North Star Capital Acquisition, LLC,   220 John Glenn Dr.,   Amherst, NY 14228-2246
518221724     +Pluese Becker & Saltzman,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
518221726     +Pressler & Pressler,   16 Wing Drive,   Cedar Knolls, NJ 07927-1023
518221728     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   50 Barrack Street,
              PO Box 269,   Trenton, NJ 08695)
518221727     +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
              Highlands Ranch, CO 80129-2386
518221732     +U S Dept Of Ed/Fisl/At,   Po Box 2287,   Atlanta, GA 30301-2287
518345065     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518221734     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:16:41
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518315728     +E-mail/Text: bnc@atlasacq.com Jun 03 2020 23:12:30   Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
518221709      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 23:17:41    Capital 1 Bank,
              Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091
518221710     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 23:16:52    Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518221712     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:12:59   Comenity Capital Bank/HSN,
              Attn: Bankruptcy Dept,   Po Box 18215,   Columbus, OH 43218
518221713     +E-mail/Text: creditonebknotifications@resurgent.com Jun 03 2020 23:16:10    Credit One Bank,
              Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
518345675      E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:16
              Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA  98083-0657
518221714     +E-mail/Text: electronicbkydocs@nelnet.net Jun 03 2020 23:13:31    Dept of Ed / 582 / Nelnet,
              Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
518221715     +E-mail/Text: bknotice@ercbpo.com Jun 03 2020 23:13:32   ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518221717     +E-mail/Text: bankruptcy@flagshipcredit.com Jun 03 2020 23:13:38   Flagship Credit Acceptance,
              Po Box 965,   Chadds Ford, PA 19317-0643
518221718      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 03 2020 23:12:49    Internal Revenue Service,
              955 S. Springfield Ave.,   Springfield, NJ 07081
518307551      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 03 2020 23:13:38    Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
518221711      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 03 2020 23:16:48    Chase,
              800 Brooksedge Blvd,   Westerville, OH 43081
518221719     +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 23:12:34    Kohls/Capital One,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518236224      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:17:11    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518256844      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:15:56    MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518221721     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:17:27
              Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518221725      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:56
              Portfolio Recoveries,   Po Box 12914,   Norfolk, VA 23541
518236987     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:17:03    PYOD, LLC,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 03, 2020
                             Form ID: 185              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518301941      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 03 2020 23:13:38        Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518331674       E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:16
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
518224930      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:15:55        Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518221729      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:16:37        Synchrony Bank/TJX,
                Po Box 965015,   Orlando, FL 32896-5015
518221730      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:17:27        Synchrony Bank/Walmart,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518221731      +E-mail/Text: bankruptcydepartment@tsico.com Jun 03 2020 23:13:58        Transworld System Inc,
                Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
518251455      +E-mail/Text: electronicbkydocs@nelnet.net Jun 03 2020 23:13:31        U.S. Department of Education,
                C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
518328502      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2020 23:17:16        Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518221733       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2020 23:12:03
                Verizon New Jersey Inc,    Po Box 165018,    Columbus, OH 43216
518221735      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 03 2020 23:13:55        Webbank/Gettington,
                Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                  TOTAL: 31
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518332701*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation Bankruptcy,    PO Box 245,
                Trenton, NJ 08695)
518221707      ##+Beneficial / Household Finance,    Attn: Bankruptcy Dept,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on Jun 3, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    LaSalle Bank National Assocation, as Trustee for Bear
           Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    LaSalle Bank National Assocation, as Trustee for
           Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series
           2005-HE6 rsolarz@kmllawgroup.com
          Scott D. Sherman    on behalf of Debtor Lydia  Parra ssbankruptcy@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```