UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset-Backed Certificates, Series 2005-HE6<br>JILL A. MANZO, ESQ.<br>SPS2302<br>bankruptcy@fskslaw.com |

| In Re: | Case No.:  19-18956 VFP |
|---|---|
| LYDIA PARRA aka LYDIA G PARRA | Chapter:   13 |
| Debtor(s). | Judge:  HONORABLE VINCENT F. PAPALIA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset-Backed Certificates, Series 2005-HE6</u>. This party is a party in interest in this case pursuant to a mortgage dated December 7, 2004 and recorded in the Office of the ESSEX County Clerk/Register on January 4, 2005 in Mortgage Book 10210, Page 379, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:     FEIN, SUCH, KAHN & SHEPARD, P.C.
                                Counsellors at Law
                                7 Century Drive - Suite 201
                                Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

           **FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset-Backed Certificates, Series 2005-HE6

Dated: <u>November 16, 2021</u>      By:<u>  /S/ JILL A. MANZO  </u>
                                                JILL A. MANZO, ESQ.