Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−18956−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lydia Parra
aka Lydia G Parra
386 Summer Ave.
1st Floor
Newark, NJ 07104

Social Security No.:
xxx−xx−5466

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 6, 2020.

On 02/24/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                April 7, 2022
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 25, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-18956-VFP |
|---|---|
| Lydia Parra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: 185 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lydia Parra, 386 Summer Ave., 1st Floor, Newark, NJ 07104-2812 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518221705 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518310795 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518336837 | | FLAGSHIP CREDIT ACCEPTANCE, P.O. Box 3807 COPPELL TX 75019 |
| 518221722 | + | New Jersey Department of Community Affai, 101 South Broad Steet, Suite 800, Trenton, NJ 08608-2401 |
| 518221723 | + | North Star Capital Acquisition, LLC, 220 John Glenn Dr., Amherst, NY 14228-2246 |
| 518221724 | | Pluese Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518221727 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518332701 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518221728 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695-0269 |
| 518221732 | + | U S Dept Of Ed/Fisl/At, Po Box 2287, Atlanta, GA 30301-2287 |
| 519448152 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448153 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank NA, successor trustee to Bank Serviced by Select Portfolio Servicing, |
| 518345065 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2022 20:35:58 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518315728 | | Email/Text: bnc@atlasacq.com | Feb 25 2022 20:32:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518326563 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2022 20:35:48 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518221706 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2022 20:32:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518221707 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 25 2022 20:32:00 | Beneficial / Household Finance, Attn: Bankruptcy Dept, 961 Weigel Dr, Elmhurst, IL 60126-1058 |
| 518221709 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 20:35:45 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518221708 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2022 20:36:04 | BP Oil / Citibank, Attn: Bankruptcy, Po Box 20363, Kansas City, MO 64195 |

| 518221710 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|
| | | Feb 25 2022 20:35:30 | |
| 518280815 | Email/PDF: bncnotices@becket-lee.com | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| | | Feb 25 2022 20:35:33 | |
| 518221712 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| | | Feb 25 2022 20:32:00 | |
| 518221713 | + Email/PDF: creditonebknotifications@resurgent.com | | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| | | Feb 25 2022 20:35:33 | |
| 518221720 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| | | Feb 25 2022 20:35:36 | |
| 518221734 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| | | Feb 25 2022 20:36:04 | |
| 518345675 | Email/Text: bnc-quantum@quantum3group.com | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| | | Feb 25 2022 20:32:00 | |
| 518221714 | + Email/Text: electronicbkydocs@nelnet.net | | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| | | Feb 25 2022 20:32:00 | |
| 518221715 | + Email/Text: bknotice@ercbpo.com | | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| | | Feb 25 2022 20:32:00 | |
| 518221716 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| | | Feb 25 2022 20:35:32 | |
| 518221717 | + Email/Text: bankruptcy@flagshipcredit.com | | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| | | Feb 25 2022 20:32:00 | |
| 518221718 | Email/Text: sbse.cio.bnc.mail@irs.gov | | Internal Revenue Service, 955 S. Springfield Ave, Springfield, NJ 07081 |
| | | Feb 25 2022 20:32:00 | |
| 518307551 | Email/Text: JCAP_BNC_Notices@jcap.com | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| | | Feb 25 2022 20:32:00 | |
| 518221711 | Email/PDF: ais.chase.ebn@aisinfo.com | | Chase, 800 Brooksedge Blvd, Westerville, OH 43081 |
| | | Feb 25 2022 20:35:45 | |
| 518221719 | + Email/Text: PBNCNotifications@peritusservices.com | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| | | Feb 25 2022 20:32:00 | |
| 518236224 | Email/PDF: resurgentbknotifications@resurgent.com | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | Feb 25 2022 20:35:49 | |
| 518256844 | Email/PDF: MerrickBKNotifications@Resurgent.com | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| | | Feb 25 2022 20:35:32 | |
| 518221721 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| | | Feb 25 2022 20:35:45 | |
| 518221725 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Portfolio Recoveries, Po Box 12914, Norfolk, VA 23541 |
| | | Feb 25 2022 20:35:47 | |
| 518221726 | Email/Text: signed.order@pfwattorneys.com | | Pressler & Pressler, 16 Wing Drive, Cedar Knolls, NJ 07927 |
| | | Feb 25 2022 20:32:00 | |
| 518236987 | + Email/PDF: resurgentbknotifications@resurgent.com | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| | | Feb 25 2022 20:35:33 | |
| 518301941 | + Email/Text: JCAP_BNC_Notices@jcap.com | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| | | Feb 25 2022 20:32:00 | |
| 518331674 | Email/Text: bnc-quantum@quantum3group.com | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| | | Feb 25 2022 20:32:00 | |
| 518224930 | + Email/PDF: gecsedi@recoverycorp.com | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | Feb 25 2022 20:35:45 | |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Feb 25, 2022 | Form ID: 185 | Total Noticed: 55

| 518221729 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2022 20:35:46 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518221730 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2022 20:35:58 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518221731 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Feb 25 2022 20:32:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518251455 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Feb 25 2022 20:32:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518328502 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 25 2022 20:35:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518221733 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 25 2022 20:32:00 | Verizon New Jersey Inc, Po Box 165018, Columbus, OH 43216 |
| 518221735 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Feb 25 2022 20:32:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | |
| | on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jill Manzo | |
| | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| R. A. Lebron | |
| | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | |

on behalf of Creditor LaSalle Bank National Assocation  as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6,
Asset- Backed Certificates, Series 2005-HE6 rsolarz@kmllawgroup.com

Scott D. Sherman

on behalf of Debtor Lydia Parra ssherman@minionsherman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8