UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

LYDIA PARRA,

    Debtor

Case No.: 19-18956

Chapter: 13_

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED PRIVATE SALE

Lydia Parra, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 7, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B, United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 386 Summer Ave., Newark, NJ 07104

**Proposed Purchaser:** Jimmy Almanzar and Mabelle Cortorreal

**Sale price:** $375,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Scott D. Sherman, Esq.

**Amount to be paid:** $2,500.00 for Real Estate Transaction and $1,000.00 for filing of Motion to Approve Sale

**Services rendered:** Real Estate Counsel

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott D. Sherman, Esq. – MINION & SHERMAN_

Address: 33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: 973-882-2424

*rev.8/1/15*

3