UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>LYDIA PARRA,<br><br>Debtor | Case No.:    19-18956<br><br>Chapter:    13_<br>Judge:    Vincent F. Papalia |

## NOTICE OF PROPOSED PRIVATE SALE

Lydia Parra, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 7, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B , United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**  386 Summer Ave., Newark, NJ 07104

**Proposed Purchaser:**  Jimmy Almanzar and Mabelle Cortorreal

**Sale price:**  $375,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**  Scott D. Sherman, Esq.

**Amount to be paid:**  $2,500.00 for Real Estate Transaction and $1,000.00 for filing of Motion to Approve Sale

**Services rendered:**  Real Estate Counsel

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott D. Sherman, Esq. – MINION & SHERMAN_

Address: 33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: 973-882-2424

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Lydia Parra  
    Debtor

Case No. 19-18956-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Mar 10, 2022     Form ID: pdf905     Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lydia Parra, 386 Summer Ave., 1st Floor, Newark, NJ 07104-2812 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518221705 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518310795 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518336837 | | FLAGSHIP CREDIT ACCEPTANCE, P.O. Box 3807 COPPELL TX 75019 |
| 518221722 | + | New Jersey Department of Community Affai, 101 South Broad Steet, Suite 800, Trenton, NJ 08608-2401 |
| 518221723 | + | North Star Capital Acquisition, LLC, 220 John Glenn Dr., Amherst, NY 14228-2246 |
| 518221724 | | Pluese Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518221727 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518332701 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518221728 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695-0269 |
| 518221732 | + | U S Dept Of Ed/Fisl/At, Po Box 2287, Atlanta, GA 30301-2287 |
| 519448152 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448153 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank NA, successor trustee to Bank Serviced by Select Portfolio Servicing, |
| 518345065 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 20:50:45 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518315728 | | Email/Text: bnc@atlasacq.com | Mar 10 2022 20:40:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518326563 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:50:48 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518221706 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 10 2022 20:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518221707 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 10 2022 20:40:00 | Beneficial / Household Finance, Attn: Bankruptcy Dept, 961 Weigel Dr, Elmhurst, IL 60126-1058 |
| 518221709 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 20:49:41 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518221708 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 20:51:01 | BP Oil / Citibank, Attn: Bankruptcy, Po Box 20363, Kansas City, MO 64195 |

Case 19-18956-VFP   Doc 54   Filed 03/12/22   Entered 03/13/22 00:17:03   Desc Imaged
                              Certificate of Notice   Page 5 of 7

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: pdf905 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 518221710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 20:50:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518280815 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:51:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518221712 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 20:41:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518221713 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2022 20:49:55 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518221720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 20:50:50 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 518221734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 20:50:49 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518345675 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 20:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518221714 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 20:41:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518221715 | + | Email/Text: bknotice@ercbpo.com | Mar 10 2022 20:41:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518221716 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 10 2022 20:50:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518221717 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 10 2022 20:41:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 518221718 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2022 20:40:00 | Internal Revenue Service, 955 S. Springfield Ave, Springfield, NJ 07081 |
| 518307551 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518221711 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 20:50:45 | Chase, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 518221719 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2022 20:40:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518236224 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 20:50:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518256844 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:50:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518221721 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:50:45 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518221725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 20:50:59 | Portfolio Recoveries, Po Box 12914, Norfolk, VA 23541 |
| 518221726 | | Email/Text: signed.order@pfwattorneys.com | Mar 10 2022 20:40:00 | Pressler & Pressler, 16 Wing Drive, Cedar Knolls, NJ 07927 |
| 518236987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 20:50:09 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518301941 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2022 20:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518331674 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 20:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518224930 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 20:50:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-18956-VFP    Doc 54    Filed 03/12/22    Entered 03/13/22 00:17:03    Desc Imaged
                        Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: pdf905 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 518221729 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 20:50:46 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518221730 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 20:50:56 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518221731 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 10 2022 20:41:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518251455 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 20:41:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518328502 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 20:50:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518221733 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 10 2022 20:40:00 | Verizon New Jersey Inc, Po Box 165018, Columbus, OH 43216 |
| 518221735 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 10 2022 20:41:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 10, 2022 | Form ID: pdf905 | Total Noticed: 55

on behalf of Creditor LaSalle Bank National Assocation  as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 rsolarz@kmllawgroup.com

Scott D. Sherman

on behalf of Debtor Lydia Parra ssherman@minionsherman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8