| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset-Backed Certificates, Series 2005-HE6<br>JILL A. MANZO, ESQ.<br>SPS2302<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>LYDIA PARRA<br>aka LYDIA G PARRA<br><br>  Debtor(s). | Case No.:   19-18956 VFP<br><br>Chapter:    13<br><br>Hearing Date: April 7, 2022<br><br>Judge:   HONORABLE VINCENT F. PAPALIA |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled.   ☒ Withdrawn.

Matter: Limited Objection to Debtor's Motion to Sell, docket #55

Date: April 6, 2022

                                        /S/ JILL A. MANZO
                                        JILL A. MANZO, ESQ.