| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:  Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on April 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **LYDIA PARRA,**<br><br>                    Debtors | Case No.:  19-18956 VFP<br><br>Chapter 13<br><br>Hearing Date:  4/7/2022<br><br>Judge:   VINCENT F. PAPALIA |

Recommended Local Form has been followed.

## ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through Four (4)  is hereby **ORDERED**.

**DATED: April 8, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order: **ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

After review of the Debtor's motion for authorization to sell the real property commonly known as 386 Summer Ave., Newark, New Jersey ("the Real Property").

IT IS hereby ORDERED as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. X   In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.


Name of professional: Scott D. Sherman, Esq.

Amount to be paid: $2,500.00 for representation of Debtors in real estate transaction &

$1,000.00 for representation of Debtors in this motion

Services rendered:   Representation of Debtors in real estate transaction and

representation of Debtors in the Motion for Approval of Sale.

**(Page 3)**
Debtor: LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order: **ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of <u>n/a</u> claimed as exempt may be paid to the Debtor.

6. The ☐ balance of proceeds or the  **X**  balance due on the debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

**(Page 4)**
Debtor:  LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order**:  ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

      a.  The Debtor will pay in full the Final Judgment in Foreclosure held by Select Portfolio Servicing, Inc. as Servicer for U.S. Bank, National Association ("SPS") at the time of closing in accordance with a written Redemption Statement issued by the Attorney for SPS. Until such payment in full is received, the real property is not free and clear of the lien of SPS.

      b.  The net proceeds, after payment of liens, payoff of Chapter 13 plan, payment of closing costs and counsel fees as set forth in this order, the net proceeds shall be paid to the Debtor at closing.

      c.  The provisions of Bankruptcy Rule of Procedure 6004(h) be and are hereby waived.