| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | **Order Filed on April 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **LYDIA PARRA,**<br><br>                            Debtors | Case No.:  19-18956 VFP<br><br>Chapter 13<br><br>Hearing Date:  4/7/2022<br><br>Judge:   VINCENT F. PAPALIA |

Recommended Local Form has been followed.

## ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through <u>Four (4)</u> is hereby **ORDERED**.

**DATED: April 8, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order: **ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

After review of the Debtor's motion for authorization to sell the real property commonly known as 386 Summer Ave., Newark, New Jersey ("the Real Property").

IT IS hereby ORDERED as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X** In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

Name of professional: Scott D. Sherman, Esq.

Amount to be paid: $2,500.00 for representation of Debtors in real estate transaction &
$1,000.00 for representation of Debtors in this motion

Services rendered:   Representation of Debtors in real estate transaction and representation of Debtors in the Motion for Approval of Sale.

**(Page 3)**
Debtor: LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order: **ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of <u>n/a</u> claimed as exempt may be paid to the Debtor.

6. The ☐ balance of proceeds or the X balance due on the debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

**(Page 4)**
Debtor:  LYDIA PARRA

Case No: 19-18956 VFP

Caption of Order**: ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

        a.  The Debtor will pay in full the Final Judgment in Foreclosure held by Select Portfolio Servicing, Inc. as Servicer for U.S. Bank, National Association ("SPS") at the time of closing in accordance with a written Redemption Statement issued by the Attorney for SPS. Until such payment in full is received, the real property is not free and clear of the lien of SPS.

        b.  The net proceeds, after payment of liens, payoff of Chapter 13 plan, payment of closing costs and counsel fees as set forth in this order, the net proceeds shall be paid to the Debtor at closing.

        c.  The provisions of Bankruptcy Rule of Procedure 6004(h) be and are hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-18956-VFP
Lydia Parra                                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lydia Parra, 386 Summer Ave., 1st Floor, Newark, NJ 07104-2812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 rsolarz@kmllawgroup.com

Scott D. Sherman
    on behalf of Debtor Lydia Parra ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8