**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**



## CHANGE OF ADDRESS FORM

This form is to be used to **change** the address of a party to a bankruptcy or an adversary proceeding ONLY. A debtor who wishes to **add** a creditor not previously listed in his schedules must file an Amendment to Schedule D, E & F and submit a fee of $26.00.

Debtor's name: __Lydia Parra__    Case number: __19-18956__

Party's name/type: __debtor__
(Example: John Smith, creditor)

Old address: __386 Summer Ave__
__1ST FL.__
__Newark, NJ 07104__

New address: __2902 Briarhurst Drive__
__Apt # 1006__
__Houston, TX 77092__

New phone no.: __973-704-3372__

I hereby certify under penalty of perjury that the above information is correct. If a debtor, I am aware that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: __5/23/2022__        _____
                                              Signature