| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lydia Parra<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5466<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19-18956-VFP | | |

## Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Lydia Parra
    aka Lydia G Parra

9/9/22                                                          **By the court:** Vincent F. Papalia
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-18956-VFP
Lydia Parra                                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Sep 09, 2022  Form ID: 3180W  Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lydia Parra, 2902 Briaehurst Dr, Apt 1006, Houston, TX 77057-5335 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518336837 | | FLAGSHIP CREDIT ACCEPTANCE, P.O. Box 3807 COPPELL TX 75019 |
| 518221722 | + | New Jersey Department of Community Affai, 101 South Broad Steet, Suite 800, Trenton, NJ 08608-2401 |
| 518221723 | + | North Star Capital Acquisition, LLC, 220 John Glenn Dr., Amherst, NY 14228-2246 |
| 518221724 | | Pluese Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518332701 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518221728 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695-0269 |
| 518221732 | + | U S Dept Of Ed/Fisl/At, Po Box 2287, Atlanta, GA 30301-2287 |
| 519448152 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448153 | + | U.S. Bank NA, successor trustee to Bank of Americ, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank NA, successor trustee to Bank Serviced by Select Portfolio Servicing, |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518315728 | | EDI: ATLASACQU | Sep 10 2022 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518326563 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:14 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518221705 | + | EDI: BANKAMER.COM | Sep 10 2022 00:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518310795 | + | EDI: BANKAMER2.COM | Sep 10 2022 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518221706 | + | EDI: TSYS2 | Sep 10 2022 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518221707 | + | EDI: HFC.COM | Sep 10 2022 00:18:00 | Beneficial / Household Finance, Attn: Bankruptcy Dept, 961 Weigel Dr, Elmhurst, IL 60126-1058 |
| 518221709 | | EDI: CAPITALONE.COM | Sep 10 2022 00:18:00 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |

Case 19-18956-VFP    Doc 73    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 518221708 | | EDI: CITICORP.COM | Sep 10 2022 00:18:00 | BP Oil / Citibank, Attn: Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 518221710 | + | EDI: CAPITALONE.COM | Sep 10 2022 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518280815 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518221712 | | EDI: WFNNB.COM | Sep 10 2022 00:18:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518221713 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2022 20:29:19 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518221720 | + | EDI: CITICORP.COM | Sep 10 2022 00:18:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 518221734 | + | EDI: CITICORP.COM | Sep 10 2022 00:18:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518345675 | | EDI: Q3G.COM | Sep 10 2022 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518221714 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 09 2022 20:26:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518221715 | + | Email/Text: bknotice@ercbpo.com | Sep 09 2022 20:26:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518221716 | + | EDI: AMINFOFP.COM | Sep 10 2022 00:18:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518221717 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 09 2022 20:26:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 518221718 | | EDI: IRS.COM | Sep 10 2022 00:18:00 | Internal Revenue Service, 955 S. Springfield Ave, Springfield, NJ 07081 |
| 518307551 | | EDI: JEFFERSONCAP.COM | Sep 10 2022 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518221711 | | EDI: JPMORGANCHASE | Sep 10 2022 00:18:00 | Chase, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 518221719 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 09 2022 20:25:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518236224 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518256844 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 20:29:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518221721 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 20:29:12 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518221725 | | EDI: PRA.COM | Sep 10 2022 00:18:00 | Portfolio Recoveries, Po Box 12914, Norfolk, VA 23541 |
| 518221726 | | Email/Text: signed.order@pfwattorneys.com | Sep 09 2022 20:25:00 | Pressler & Pressler, 16 Wing Drive, Cedar Knolls, NJ 07927 |
| 518236987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:14 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518301941 | + | EDI: JEFFERSONCAP.COM | Sep 10 2022 00:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518331674 | | EDI: Q3G.COM | Sep 10 2022 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518221727 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 09 2022 20:26:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518224930 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221729 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518221730 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518221731 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 09 2022 20:26:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518345065 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 09 2022 20:26:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518251455 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 09 2022 20:26:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518328502 | + | EDI: AIS.COM | Sep 10 2022 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518221733 | | EDI: VERIZONCOMB.COM | Sep 10 2022 00:13:00 | Verizon New Jersey Inc, Po Box 165018, Columbus, OH 43216 |
| 518221735 | + | EDI: BLUESTEM | Sep 10 2022 00:18:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: 3180W | Total Noticed: 55 |

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor LaSalle Bank National Assocation as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-HE6, Asset- Backed Certificates, Series 2005-HE6 rsolarz@kmllawgroup.com

Scott D. Sherman
    on behalf of Debtor Lydia Parra ssherman@minionsherman.com

Tammy L. Terrell
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns A bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9